UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN G. LEMERY and JULIE D. LEMERY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, et al.,<br><br>Defendants. | CASE NO. C17-1525 RSM<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. This case was removed from King County Superior Court on October 12, 2017. Dkt. #1. On October 19, 2017, Defendant Wells Fargo Bank filed a Motion to Dismiss, originally noted for consideration on November 17, 2017. Dkt. #7. On November 9, 2017, the Court issued a Minute Order informing Plaintiffs' counsel that he must file the necessary paperwork for reinstatement to practice in this Court. Dkt. #11. The Court ordered counsel to either file that paperwork or obtain substitute counsel for his clients on or before November 27, 2017, and renoted the Motion to Dismiss for consideration on December 1, 2017. *Id*. To this day, the Court has not received the necessary

paperwork and no new counsel has appeared on behalf of Plaintiffs. Plaintiffs have not responded to the pending Motion to Dismiss by the deadline set forth in Local Rule 7(d)(3).

The Court finds that Plaintiffs have failed to comply with a Court Order and failed to prosecute their case. In Response to this Order, Plaintiff must write a short and plain statement telling the Court why this case should not be dismissed given the above. **This Response may not exceed six (6) pages**.

The Court hereby finds and ORDERS that Plaintiff shall file this Response to this Order to Show Cause **no later than seven (7) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

DATED this 28 day of November, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE